**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**COLE DINAPOLI** **PLAINTIFF**

**V.** **4:25CV00717 JM**

**MCGEORGE CONTRACTING CO., INC.**
**DBA CRANFORD CONSTRUCTION** **DEFENDANT**

**ORDER**

The parties' joint motion to dismiss, docket #9, is GRANTED. This case is dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED the 3rd day of August, 2026.

James M. Moody Jr.
United States District Judge